IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.        Case No.: 1:25cv126-MW/MJF

BRUCE BARTLETT, et al.,

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Rather than file objections, Petitioner has moved for the appointment of counsel. ECF No. 24. But Plaintiff is not entitled to the appointment of counsel in this civil action, nor has he demonstrated that extraordinary circumstances warrant the appointment of counsel. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. Petitioner's motion to appoint counsel, ECF No. 24, is **DENIED**. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Petitioner's failure to comply with multiple Court Orders."

The Clerk shall close the file.

**SO ORDERED on January 2, 2026.**

**s/Mark E. Walker**
**United States District Judge**
